UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRELL ELLIS,

                        Plaintiff,

  -v-

BROOME STREET FOOD AND DRINK, LLC, et al.,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/2020

No. 20-cv-1814 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, District Judge:

      The Court is in receipt of a letter from Plaintiff informing the Court that the parties have reached a settlement [ECF #23]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by December 23, 2020. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: **November 19, 2020**
      **New York, NY**

                                          **MARY KAY VYSKOCIL**
                                          **United States District Judge**